MARY A. G. MORLOCK, Respondent, *v.* FRANK L. HAMILTON, Appellant.

GEORGE MORLOCK, Respondent, *v.* FRANK L. HAMILTON, Appellant.

(Argued October 15, 1929; decided November 19, 1929.)

*Arthur L. Cohen* for appellant.

*Jesse E. Kingsley* and *Henry S. Fraser* for respondents.

In each action judgment affirmed, with costs; no opinion,

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.